UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAVIOUR AZZOPARDI,

    Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

    Defendants.

Case No.  15-cv-02370-DMR

**ORDER TO SHOW CAUSE**

    Defendants' motion to dismiss was filed on July 22, 2015 and is set for a hearing on September 10, 2015.  Plaintiff Saviour Azzopardi is pursuing this action without legal representation.  According to local court rules, Plaintiff should have filed any brief in opposition to Defendants' motion by August 5, 2015.  *See* N.D. Cal. Civ. L.R. 7-3.  The court has received no such opposition.

    <u>The court ORDERS Plaintiff to respond by **August 20, 2015** and explain Plaintiff's failure to respond to the motion.  In addition, Plaintiff must simultaneously (1) submit Plaintiff's opposition to the court or (2) file a statement of non-opposition to the motion.</u>  This order to show cause does not indicate that the court will necessarily accept Plaintiff's late submission.  If Plaintiff does not respond by August 20, 2015, Defendants' motion may be granted.

    The court further ORDERS that Defendants shall file a reply, if any, to Plaintiff's opposition no later than August 28, 2015.

**IT IS SO ORDERED.**

Dated: August 12, 2015



_____
Donna M. Ryu
United States Magistrate Judge