1

2

3

4  UNITED STATES DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6

7  SAVIOUR AZZOPARDI,
                                           Case No.  15-cv-02370-DMR
       Plaintiff,

8

9       v.
                                           **ORDER TO SHOW CAUSE WHY CASE
                                           SHOULD NOT BE DISMISSED FOR
10  DEUTSCHE BANK NATIONAL TRUST            FAILURE TO PROSECUTE**
    COMPANY, et al.,

11      Defendants.

12

13      On May 28, 2015, Plaintiff Saviour Azzopardi filed suit in this Court.  Defendants filed a

14  motion to dismiss on July 22, 2015 and noticed the motion for a hearing on September 10, 2015.

15  Plaintiff failed to respond to Defendants' motion.  On August 12, 2015, the court issued an Order

16  to Show cause, ordering Plaintiff to file a statement by August 20, 2015 explaining his failure to

17  respond to the motion.  [Docket No. 13.]  Plaintiff did not respond to the Order to Show Cause.

18  Accordingly, the court ORDERS Plaintiff to respond by September 4, 2015 and explain why this

19  case should not be dismissed for failure to prosecute.  Failure to respond by September 4, 2015

20  may result in dismissal of this action.  Defendants' August 28, 2015 deadline to file a reply brief

21  and the September 10, 2015 hearing on Defendants' motion to dismiss and case management

22  conference are VACATED.

23

24      **IT IS SO ORDERED.**

25  Dated: August 24, 2015

26                                          _____
                                           Donna M. Ryu
27                                          United States Magistrate Judge

28



United States District Court
Northern District of California