UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAVIOUR AZZOPARDI,

    Plaintiff,

    v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,

    Defendants.

Case No.  15-cv-02370-DMR

**ORDER TO SUBMIT RESPONSE TO MOTION TO DISMISS**

Defendants filed a motion to dismiss on July 22, 2015.  [Docket No. 6.]  Plaintiff Saviour Azzopardi did not respond to the motion, and on August 12, 2015, the court issued an Order to Show Cause, ordering Plaintiff to file a statement explaining his failure to respond to the motion.  [Docket No. 13.]  Plaintiff did not respond to the Order to Show Cause, and on August 24, 2015, the court issued a second Order to Show Cause, ordering Plaintiff to show cause why this case should not be dismissed for failure to prosecute.  [Docket No. 23.]  The parties subsequently began participating in an ADR process.  The court has learned that that ADR process is now complete.  **Therefore, the court ORDERS Plaintiff Azzopardi to (1) submit his opposition to the motion to dismiss or (2) file a statement of non-opposition to the motion by no later than October 28, 2015.**  If Plaintiff does not respond by October 28, 2015, the case may be dismissed for failure to prosecute.

The court further ORDERS that Defendant shall file a reply, if any, to Plaintiff's opposition no later than November 4, 2015.

**IT IS SO ORDERED.**

Dated: October 19, 2015

_____
Donna M. Ryu
United States Magistrate Judge

