United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVIOUR AZZOPARDI,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>　　　Defendants. | Case No. 15-cv-02370-DMR<br><br>**ORDER ON PLAINTIFF'S MOTION TO CONTINUE**<br><br>Re: Dkt. No. 33 |

The court has received Plaintiff Saviour Azzopardi's motion to continue the January 14, 2016 hearing on Defendants' motion to dismiss. [Docket No. 33.] If the court grants Plaintiff's request, it will continue the hearing to February 11, 2016. By close of business on January 12, 2016, Defendants shall file either an opposition to Plaintiff's motion or a statement of non-opposition to the motion.

**IT IS SO ORDERED.**

Dated: January 12, 2016



Donna M. Ryu
United States Magistrate Judge