# UNITED STATES DISTRICT COURT

**Northern** District of **California**

Azzopardi, Saviour
                  Plaintiff (s),
V.
Deutsche Bank National Trust Company, et al.
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-cv-02370-DMR

Notice is hereby given that, subject to approval by the court, **Saviour Azzopardi** substitutes
                                            (Party (s) Name)

**Jason W. Estavillo**, State Bar No. **188093** as counsel of record in
(Name of New Attorney)

place of **Saviour Azzopardi (Pro per)**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Law Office of Jason W. Estavillo |
| Address: | 1330 Broadway, Suite 1030, Oakland, CA 94612 |
| Telephone: | (510) 982-3001   Facsimile (510) 928-3002 |
| E-Mail (Optional): | jason@estavillolaw.com |

I consent to the above substitution.
Date: 1/27/2016
*(Signature of Party(s))*

I consent to being substituted.
Date: 1/27/2016
*(Signature of Former Attorney (s))*

I consent to the above substitution.
Date: 1/27/2016
*(Signature of New Attorney)*

The substitution of attorney is hereby approved and so ORDERED.

Date: February 2, 2016

DONNA M. RYU
U.S. Magistrate Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# PROOF OF SERVICE

| Re: | Azzopardi v. Deutsche Bank National Trust, et al. |
|---|---|
| Court: | Northern District of California Court Case No. 4:15-cv-02370-DMR |
| Represents: | Saviour Azzopardi |

I declare that I am over the age of 18, not a party to the above-entitled action; I am an employee of Law Offices of Jason W. Estavillo, PC whose business address is 1330 Broadway, Suite 1030, Oakland, CA 94612.

On **January 28, 2016**, I served the following document(s) in the following manner(s):

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

☐ **MAIL:** By placing the document(s) listed below in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below.

☐ **ELECTRONIC MAIL:** by causing the documents to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **ELECTRONIC SERVICE:** Via Pacer service

**See Pacer email/notice**

C. Scott Greene, Esq.
Tracy N. Talbot, Esq.
Monique Jewett-Brewster, Esq.
BRYAN CAVE LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: 415-6753400
Facsimile: 415-675-3434
**Attorney for Deutsche Bank National Trust Company, as Trustee for the American Home Mortgage Assets Trust 2007-5, Mortgage Backed Pass-Through Certificates, Series 2007-5; Ocwen Loan Servicing; and Mortgage Electronic Registration Systems, Inc.**

☒ I declare that I am employed in the office of a member of the bar of this court, at whose direction the service was made.

DATED:   **January 28, 2016**

*/s/ Maria Yolanda Lepe*

Maria Yolanda Lepe

1